**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| DELONTEE SMOTHERS, | : | |
| | : | Civil Action No. 09-4241 (NLH) |
| Plaintiff, | : | |
| | : | |
| v. | : | **ORDER** |
| | : | |
| DANIEL QUILLIN, | : | |
| | : | |
| Defendant. | : | **CLOSED** |

For the reasons expressed in the Opinion filed herewith,

IT IS on this  21ST  day of   August   , 2009,

ORDERED that the Clerk of the Court shall supply to Plaintiff a blank form Application to Proceed In Forma Pauperis; and it is further

ORDERED that the Clerk of the Court shall administratively terminate this case, without filing the Complaint or assessing a filing fee; and it is further

ORDERED that if Plaintiff wishes to reopen this action, he shall so notify the Court, in writing addressed to the Clerk of the Court, Mitchell H. Cohen Building and U.S. Courthouse, Fourth and Cooper Streets, Camden, New Jersey, 08101, within 30 days of the date of entry of this Order; Plaintiff's writing shall include either (1) a complete in forma pauperis application, including an affidavit of indigence and six-month prison account statement, certified by the appropriate official of each prison at which the prisoner is or was confined, or (2) the $350 filing fee; and it is further

ORDERED that the Clerk of the Court shall serve a copy of this Order upon Plaintiff by regular U.S. mail.

At Camden, New Jersey    /s/ Noel L. Hillman
             Noel L. Hillman
             United States District Judge